IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| J.L.'S PLAZA 93, LLC, d/b/a PLAZA 93 WEST, f/k/a PLAZA 93 APARTMENTS, | 8:19-CV-184 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CAPITOL SPECIALTY INSURANCE CORPORATION | |
| Defendant. | |

The Court has been advised that the parties have resolved their claims. Filing 30. Accordingly,

IT IS ORDERED:

1. The status conference set for June 2, 2020 is canceled.

2. On or before December 27, 2019, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of their claims.

3. Absent compliance with this order, this case may be dismissed without further notice.

Dated this 27th day of November, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge